UNITED STATES of America,
Plaintiff—Appellee,

v.

Sabas BARCENAS–GALLEGOS,
Defendant—Appellant.

No. 01–10597.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 12, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM**

Sabas Barcenas–Gallegos appeals his guilty-plea conviction and 40–month sentence for illegal reentry by a previously deported alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Barcenas–Gallegos' counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver in the plea agreement, the appeal is **DISMISSED.**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.